**174 So.2d 131**

## MAXWELL, INC.

v.

## MACK TRUCKS, INC.

No. 47708.

May 3, 1965.

In re: Mack Trucks, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 297.

Writ refused. The result is correct.

**174 So.2d 131**

## MOTOROLA AVIATION ELECTRONICS, INC.

v.

## LOUISIANA AIRCRAFT, INC.

No. 47714.

May 3, 1965.

In re: Motorola Aviation Electronics, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 118.

Writ refused. No error of law under facts found by Court of Appeal. Moreover, the showing made by relator is not sufficient for this Court to determine that the warranty relied on is applicable to the facts found by the Court of Appeal.

**174 So.2d 131**

## Succession of Joseph Merrick JONES.

No. 47715.

May 3, 1965.

In re: Dr. Joseph C. Morris and Joseph Merrick Jones, Jr., Testamentary Co-Executors of the Succession of Joseph Merrick Jones applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 172 So.2d 312.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

McCALEB, J., thinks that a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.